

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Gulam Khazrat Abdul Kadir

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 25-cv-1045-LL-MMP

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition under 28 U.S.C. § 2241 for an individualized bond hearing before an immigration judge. Within fourteen days of this Order, Respondents are directed to arrange an individualized bond hearing before a neutral immigration judge in which the government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released. If no hearing occurs within fourteen days of this Order, Petitioner shall be released from Respondents' custody. This case is hereby closed.

**Date:** 10/15/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-1045-LL-MMP

Respondents:
Christopher J. Larose, Warden, Otay Mesa Detention Center, in his official capacity; Logan Wolf, Assistant Field Office Director and Officer in Charge, ICE, Otay Mesa Detention Center, in his official capacity; Gregory Archambeault, Field Office Director, U.S. Immigration and Customs Enforcement, San Diego Field Office, in his official capacity; Todd M. Lyons, Acting Director, ICE, in his official capacity; Pamela Bondi, Attorney General, U.S. Department of Justice, in her official capacity